(Post. 3/12/14)

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>Terry Joe Doshier Reg #27524-009 | COURT CASE NUMBER<br>5:16-cv-00315-KGB-PSH |
| DEFENDANT<br>Dallas County Detention Facility et al | TYPE OF PROCESS<br>Summons, Complt & Order |

SERVE ➔ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Parnell, Deputy Jailer c/o Dallas County Detention Facility

AT ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
PO Box 689 Fordyce, AR 71742

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Terry Joe Doshier Reg #27524-009
BEAUMONT MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
Post Office Box 26040
Beaumont, TX 77720

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All *Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 27 2016
JAMES W. McCORMACK, CLERK
By: [signature]
DEP CLERK

Received
2016 NOV 23 PM 2:32
U.S. Marshal
Eastern Arkansas

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ L. Bichlmeier | | 501-604-5351 | 11/22/2016 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 09 | No 09 | D. Chappell | 11-28-16 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service | Time am pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | | | 8.00 | |

REMARKS:

returned unexecuted 12-17-16

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

**U.S. Dep**
*United Stat*
*Eastern Dis*
*600 W. Capitol Ave., Suite A328*
*Little Rock, AR 72201*
**Official Business**
**Penalty for Private Use $300**

CERTIFIED MAIL

9414 7266 9904 2080 1345 88

RETURN RECEIPT REQUESTED

neopost 11/26/2016 US POSTAGE $07.57[0] FIRST-CLASS MAIL US OFFICIAL MAIL ZIP 72201 041L11100747

Thank you for using Return Receipt Service

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) B. Date of Delivery

C. Signature
X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**Reference Information**

5:16CV00315

2. Article Number

9414 7266 9904 2080 1345 88

3. Service Type CERTIFIED MAIL®

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Parnell, Deputy Jailer
Dallas County Detention Facility
P.O. Box 689
Fordyce, AR 71742

PS Form 3811, January 2005 Domestic Return Receipt

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Thank you for using Return Receipt Service

C

11-28
12-3
RTS 12-13

Parnell, Deputy Jailer
Dallas County Detention Facility
P.O. Box 689
Fordyce, AR 71742

Unc

Dallas

NIXIE 717422032-1N 300 12/17/16

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER