# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TERRY JOE DOSHIER**                                            **PLAINTIFF**
**REG #27524-009**

**v.**                 **Case No. 5:16-cv-00315 KGB-PSH**

**DALLAS COUNTY DETENTION FACILITY;** *et al.*         **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris and the objections filed by plaintiff Terry Joe Doshier (Dkt. Nos. 5; 11).[1] After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 5).

It is therefore ordered that Mr. Doshier's claims against the Dallas County Detention Facility are dismissed with prejudice. Mr. Doshier's request to amend his complaint to bring claims against separate defendants Stringfellow and Parnell, which Mr. Doshier included in his objections, is denied as moot. Mr. Doshier included claims against these defendants in his original complaint. Mr. Doshier has, for screening purposes, stated a claim for relief against defendants Stringfellow and Parnell that will proceed.

So ordered this 27th day of June, 2017.

                                                         Kristine G. Baker
                                                         United States District Judge

---

[1] Plaintiff Terry Joe Doshier's objections were untimely filed (Dkt. No. 11). However, the Court considered Mr. Doshier's objections and conducted a *de novo* review of the record in this case.