**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TERRY JOE DOSHIER** **PLAINTIFF**
**Reg. #27524-009**

**V.** **NO: 5:16CV00315 KGB/PSH**

**TOMMY STRANGEFELLOW, *et al.*** **DEFENDANTS**

# ORDER

Summonses were returned unexecuted as to defendants Tommy Stringfellow and Parnell. Doc. Nos. 9 & 10. Plaintiff Terry Joe Doshier provided addresses and full names for these defendants. *See* Doc. No. 12. Accordingly, service should be attempted at the addresses provided in Doc. No. 12. The Clerk is also directed to change the style of the case to reflect the correct names of Tommy Strangefellow, George Parnell, Mike Parnell, and Matt Parnell as indicated on Doshier's notice.

Doshier also named unidentified Does as defendants. Without a name, service cannot be attempted. Accordingly, Doshier is directed to provide names for the Does, along with a short statement describing their role in the alleged constitutional violations. Doshier's failure to do so within 30 days will result in the recommended dismissal of his claims against the Does.

IT IS THEREFORE ORDERED THAT the Clerk of the Court is directed to prepare a summons for these defendants, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (Doc. No. 1), and this order, upon these defendants at the addresses provided in Doc. No. 12, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 11th day of July, 2017.

UNITED STATES MAGISTRATE JUDGE