# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TERRY JOE DOSHIER**  PLAINTIFF
**REG #27524-009**

v.   Case No. 5:16-cv-00315-KGB-PSH

**DALLAS COUNTY DETENTION FACILITY;** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Terry Joe Doshier's claims are dismissed with prejudice. The relief sought is denied. This dismissal counts as a "strike" within the meaning of 28 U.S.C. §1915(g). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 27th day of August, 2018.

_____
Kristine G. Baker
United States District Judge